**Exhibit A to the Complaint**

**Location:** Fort Lee, NJ  
**Total Works Infringed:** 31

**IP Address:** 100.8.234.222  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 01/23/2018 00:55:57 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 2 | 03DB55C5EA03E840CEFAFD48D35CB4CAFFBF424C | Vixen | 01/29/2018 03:29:38 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 3 | 0DCB1434642E93651776B681F5B41F207B5815B9 | Tushy | 01/15/2018 16:56:54 | 01/11/2018 | 01/18/2018 | 16215970391 |
| 4 | 12D46F398DE4307A2FA463B08212CA907F49FFEF | Vixen | 01/29/2018 03:35:25 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 5 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 01/25/2018 02:34:05 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 6 | 1D7E521CD7368013A7F1B28494A2AC43D8F99F0E | Vixen | 01/22/2018 18:35:55 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 7 | 21E23F7C0BAAC0161DF86A3E07E5545754D8DE25 | Vixen | 01/15/2018 17:11:57 | 04/24/2017 | 06/15/2017 | PA0002037568 |
| 8 | 24D8A4B04637387530796E5D65A63987ABE9317A | Vixen | 01/19/2018 21:44:33 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 9 | 2A960A6B8F66D6BB2EFFB0E3BE931CF9C97881E0 | Tushy | 01/17/2018 23:39:54 | 01/06/2018 | 01/18/2018 | 16215823819 |
| 10 | 2D77D2EA1B7AC46CDE6BA255AAEE31107E027A08 | Tushy | 01/15/2018 17:31:27 | 12/12/2017 | 01/04/2018 | PA0002069349 |
| 11 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 01/29/2018 02:53:43 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 12 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 01/15/2018 17:02:23 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 13 | 504E023737A117FE090CC0EBB2B22A596872CB72 | Vixen | 01/15/2018 17:00:46 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 14 | 63DFE31973E8D9C33E4F6DC4A565B760E78B2463 | Vixen | 01/23/2018 04:12:55 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 15 | 644084486AFE2ACBDB5E91339ABA611C568466C3 | Vixen | 01/15/2018 14:30:12 | 06/13/2017 | 07/07/2017 | PA0002070830 |
| 16 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 01/29/2018 03:09:05 | 07/28/2017 | 08/10/2017 | PA0002046871 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 01/29/2018 03:11:59 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 18 | 698177E2B9D81FCDCC41C55002A0CDB5DE9C3670 | Vixen | 01/19/2018 03:36:15 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 19 | 80F4781860CA14A36CFF0ED5574EB7817FDE4D80 | Vixen | 01/19/2018 04:58:39 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 20 | 8DD74BAC881068002B2476A3A64C93B76826A9B9 | Tushy | 01/28/2018 17:55:56 | 12/02/2017 | 12/17/2017 | 16159649585 |
| 21 | 9173A8B174205520944B72A79E7D8AC25CF447E2 | Vixen | 01/22/2018 18:50:36 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 22 | A827B61B71B5F572AFF3A7E16BBA64710DF9E983 | Vixen | 01/23/2018 01:09:52 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 23 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 01/29/2018 03:02:57 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 24 | C73F3A572E54ECE92AB09C5E7AC03DCC7EE0A080 | Tushy | 01/15/2018 16:53:43 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 25 | C8677DE82C7033CA6BDF6C2062C173F7401FFBE2 | Vixen | 01/21/2018 18:11:28 | 01/19/2018 | 02/03/2018 | 16331856016 |
| 26 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 01/22/2018 18:49:50 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 27 | CF7373B976BF078DBB9CE0871213D8469D84358D | Tushy | 01/19/2018 04:24:15 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 28 | D05819C62A357A346556467D990A191A22343714 | Tushy | 01/28/2018 17:49:51 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 29 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 01/15/2018 18:14:56 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 30 | FB53F3EECB506F8A44A81683849E6F2D11533EA7 | Vixen | 01/29/2018 03:24:27 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 31 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 01/15/2018 16:53:47 | 09/21/2017 | 09/28/2017 | 15894022962 |